# LAW OFFICES OF LAWRENCE S. GOLDMAN

500 FIFTH AVENUE
NEW YORK, NY 10110
TELEPHONE: (212) 997-7499
TELECOPIER: (212) 997-7707
E-MAIL: info@lsgoldmanlaw.com

LAWRENCE S. GOLDMAN
ELIZABETH M. JOHNSON

November 14, 2011

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2011 ★

BROOKLYN OFFICE

**VIA FAX ONLY 718-613-2623**

Clerk of the Court, Arraignments
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Attention:** Felix

      Re: <u>United States v. Maksim Shelikhov</u>

Dear Felix:

    As my secretary, Ann Marie, discussed with you a short while ago, this law firm represents Maksim Shelikhov. Even though your office has not yet received notice from the Marshals (or any other agency) to expect his arrival, we understand from the United States Attorney's Office that Mr. Shelikhov will be brought to the courthouse for processing at some point this afternoon.

    Kindly notify me as soon as you learn of Mr. Shelikhov's arrival, paperwork and expected time of arraignment, so that I can make my way to the courthouse and appear on his behalf at the arraignment. You can reach me at my office 212-997-7499 or, if need be, my cell 917-239-0059.

    For your information and records, enclosed is my firm's completed Appearance of Counsel form.

    Thank you.

                                      Very truly yours,

                                      Elizabeth M. Johnson

Enclosure