## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE MARILYN D. GO**     **DATE :  11/16/11**

**DOCKET NUMBER:  11 CR 771 (NG )**      LOG # :  3:17 - 4:21

DEFENDANT'S NAME :  **MAKSIM SHELIKHOV**
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL :  **ELIZABETH JOHNSON** and Lawrence Goldman
   ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A **STEPHEN MEYER**      DEPUTY CLERK :  **SM YUEN**

INTERPRETER : _____ (Language) _____

__Detention__ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

_X_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Defense counsel presented a bail package, proposing 8 suretors and a property, also jewelrys. Gov't opposed bail for reasons stated on the record. Court questioned 8 potential suretors. Court set bond in the amount of $2.5 million. Deft not to be released until property + jewelry posted. Katherine Galyaging to surrender her passport.