# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

**NOTICE OF APPEARANCE**

-v-

*Maksim Shelikov*
_____
Defendant.

**Docket Number :**

**Judge :**

**Date   :**

NOV 1 6 2011

_____ OFFICE

PLEASE NOTICE, that I have been RETAINED by  *Maksim Shelikov*

the above named defendant.   I was admitted to practice in this district on  *EDNY* .

**Signature :**  *Lawrence I Goldman*

**Print Name :**  *Lawrence Goldman*

**Bar Code :**

**Office Address :**  *500 5th Ave*

*NYC, NY  10110*

**Telephone # :**  *212 - 997 - 7499*

\*\*\* NOTICE TO ATTORNEY\*\*\*

\*\*Bar Code - The attorney's initials and last four digits of the social security
number must appear on all pleading.