

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                              *271 Cadman Plaza East*
F.#2010R01379                                    *Brooklyn, New York  11201*

December 2, 2011

<u>By Hand (In Court)</u>

To: Attached Counsel List

          Re:  United States v. Gustave Drivas <u>et al</u>.
               <u>Criminal Docket No. 10-771 (S-1)(NG)  </u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

1.    <u>Statements of the Defendant</u>

        The government will provide any statements made by the defendant, including answers to pedigree questions under separate cover shortly.

2.    <u>Prior Criminal History</u>

        The government will provide a copy of the defendant's criminal history, if any, under separate cover.

3.    <u>Documents and Tangible Objects</u>

        Copies of any items recovered from the defendant at the time of his or her arrest, if any, will be provided under separate cover shortly.

        Enclosed are discovery letters dated December 13, 2010, January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011, June 14, 2011, June 17, 2011, October 13, 2011, which contain all discovery previously provided to the defendants in this case (except defendant specific discovery such as criminal history, post-arrest statements and the like).

The government anticipates providing additional bank records shortly.

## The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  See Fed. R. Crim. P. 26.2.  To avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

3

      If you have any questions or further requests, please do not hesitate to call me.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

By: _____/s/_____
                    Stephen J. Meyer
                    Assistant United States Attorney
                    (718) 254-6386

                    Sarah M. Hall
                    Trial Attorney, Fraud Section
                    U.S. Department of Justice
                    (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 – Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                                     *271 Cadman Plaza East*
F.#2010R01379                                           *Brooklyn, New York 11201*


December 2, 2011

<u>By Hand (In Court)</u>

To: Attached Counsel List

                    Re:  United States v. Gustave Drivas <u>et al</u>.
                         <u>Criminal Docket No. 10-771 (S-1)(NG)  </u>

Dear Counsel:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
discovery with respect to the above-referenced matter.  Please
also consider this letter to be the government's request for
reciprocal discovery.


1.   <u>Statements of the Defendant</u>

          The government will provide any statements made by the
defendant, including answers to pedigree questions under separate
cover shortly.


2.   <u>Prior Criminal History</u>

          The government will provide a copy of the defendant's
criminal history, if any, under separate cover.


3.   <u>Documents and Tangible Objects</u>

          Copies of any items recovered from the defendant at the
time of his or her arrest, if any, will be provided under
separate cover shortly.

          Enclosed are discovery letters dated December 13, 2010,
January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011,
June 14, 2011, June 17, 2011, October 13, 2011, which contain all
discovery previously provided to the defendants in this case
(except defendant specific discovery such as criminal history,
post-arrest statements and the like).

2

The government anticipates providing additional bank records shortly.

<u>The Defendant's Required Disclosures</u>

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. <u>See</u> Fed. R. Crim. P. 26.2. To avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

3

       If you have any questions or further requests, please do not hesitate to call me.

               Very truly yours,

               LORETTA E. LYNCH
               United States Attorney

By:       /s/
               Stephen J. Meyer
               Assistant United States Attorney
               (718) 254-6386

               Sarah M. Hall
               Trial Attorney, Fraud Section
               U.S. Department of Justice
               (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY 10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                      *271 Cadman Plaza East*
F.#2010R01379                            *Brooklyn, New York  11201*


                                    December 2, 2011

By Hand (In Court)

To: Attached Counsel List

                    Re:  United States v. Gustave Drivas <u>et al</u>.
                         <u>Criminal Docket No. 10-771 (S-1)(NG)</u>

Dear Counsel:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
discovery with respect to the above-referenced matter.  Please
also consider this letter to be the government's request for
reciprocal discovery.


1.   <u>Statements of the Defendant</u>

          The government will provide any statements made by the
defendant, including answers to pedigree questions under separate
cover shortly.


2.   <u>Prior Criminal History</u>

          The government will provide a copy of the defendant's
criminal history, if any, under separate cover.


3.   <u>Documents and Tangible Objects</u>

          Copies of any items recovered from the defendant at the
time of his or her arrest, if any, will be provided under
separate cover shortly.

          Enclosed are discovery letters dated December 13, 2010,
January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011,
June 14, 2011, June 17, 2011, October 13, 2011, which contain all
discovery previously provided to the defendants in this case
(except defendant specific discovery such as criminal history,
post-arrest statements and the like).

The government anticipates providing additional bank records shortly.

## The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  See Fed. R. Crim. P. 26.2.  To avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

3

        If you have any questions or further requests, please
do not hesitate to call me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

By:         /s/
                        Stephen J. Meyer
                        Assistant United States Attorney
                        (718) 254-6386

                        Sarah M. Hall
                        Trial Attorney, Fraud Section
                        U.S. Department of Justice
                        (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                          *271 Cadman Plaza East*
F.#2010R01379                                *Brooklyn, New York 11201*

December 2, 2011

<u>By Hand (In Court)</u>

To: Attached Counsel List

            Re:  United States v. Gustave Drivas <u>et al</u>.
                 <u>Criminal Docket No. 10-771 (S-1)(NG)  </u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
discovery with respect to the above-referenced matter.  Please
also consider this letter to be the government's request for
reciprocal discovery.

1.    <u>Statements of the Defendant</u>

        The government will provide any statements made by the
defendant, including answers to pedigree questions under separate
cover shortly.

2.    <u>Prior Criminal History</u>

        The government will provide a copy of the defendant's
criminal history, if any, under separate cover.

3.    <u>Documents and Tangible Objects</u>

        Copies of any items recovered from the defendant at the
time of his or her arrest, if any, will be provided under
separate cover shortly.

        Enclosed are discovery letters dated December 13, 2010,
January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011,
June 14, 2011, June 17, 2011, October 13, 2011, which contain all
discovery previously provided to the defendants in this case
(except defendant specific discovery such as criminal history,
post-arrest statements and the like).

The government anticipates providing additional bank records shortly.

## The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  See Fed. R. Crim. P. 26.2.  To avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

3

        If you have any questions or further requests, please
do not hesitate to call me.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

          By:        _____/s/_____
                    Stephen J. Meyer
                    Assistant United States Attorney
                    (718) 254-6386

                    Sarah M. Hall
                    Trial Attorney, Fraud Section
                    U.S. Department of Justice
                    (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

4

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                271 Cadman Plaza East
F.#2010R01379                      Brooklyn, New York 11201

December 2, 2011

By Hand (In Court)

To: Attached Counsel List

             Re:  United States v. Gustave Drivas <u>et al</u>.
                  <u>Criminal Docket No. 10-771 (S-1)(NG)</u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
discovery with respect to the above-referenced matter.  Please
also consider this letter to be the government's request for
reciprocal discovery.

1.   <u>Statements of the Defendant</u>

        The government will provide any statements made by the
defendant, including answers to pedigree questions under separate
cover shortly.

2.   <u>Prior Criminal History</u>

        The government will provide a copy of the defendant's
criminal history, if any, under separate cover.

3.   <u>Documents and Tangible Objects</u>

        Copies of any items recovered from the defendant at the
time of his or her arrest, if any, will be provided under
separate cover shortly.

        Enclosed are discovery letters dated December 13, 2010,
January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011,
June 14, 2011, June 17, 2011, October 13, 2011, which contain all
discovery previously provided to the defendants in this case
(except defendant specific discovery such as criminal history,
post-arrest statements and the like).

2

The government anticipates providing additional bank records shortly.

<u>The Defendant's Required Disclosures</u>

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  <u>See</u> Fed. R. Crim. P. 26.2.  To avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

3

       If you have any questions or further requests, please do not hesitate to call me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

By:        /s/
                        Stephen J. Meyer
                        Assistant United States Attorney
                        (718) 254-6386

                        Sarah M. Hall
                        Trial Attorney, Fraud Section
                        U.S. Department of Justice
                        (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

4

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                          *271 Cadman Plaza East*
F.#2010R01379                                *Brooklyn, New York 11201*

December 2, 2011

By Hand (In Court)

To: Attached Counsel List

                    Re:   United States v. Gustave Drivas <u>et al</u>.
                          <u>Criminal Docket No. 10-771 (S-1)(NG)</u>

Dear Counsel:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
discovery with respect to the above-referenced matter.  Please
also consider this letter to be the government's request for
reciprocal discovery.

1.     <u>Statements of the Defendant</u>

          The government will provide any statements made by the
defendant, including answers to pedigree questions under separate
cover shortly.

2.     <u>Prior Criminal History</u>

          The government will provide a copy of the defendant's
criminal history, if any, under separate cover.

3.     <u>Documents and Tangible Objects</u>

          Copies of any items recovered from the defendant at the
time of his or her arrest, if any, will be provided under
separate cover shortly.

          Enclosed are discovery letters dated December 13, 2010,
January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011,
June 14, 2011, June 17, 2011, October 13, 2011, which contain all
discovery previously provided to the defendants in this case
(except defendant specific discovery such as criminal history,
post-arrest statements and the like).

        The government anticipates providing additional bank records shortly.

<u>The Defendant's Required Disclosures</u>

        The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

        The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  <u>See</u> Fed. R. Crim. P. 26.2.  To avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

        The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

3

   If you have any questions or further requests, please
do not hesitate to call me.

       Very truly yours,

       LORETTA E. LYNCH
       United States Attorney

    By:   /s/
       Stephen J. Meyer
       Assistant United States Attorney
       (718) 254-6386

       Sarah M. Hall
       Trial Attorney, Fraud Section
       U.S. Department of Justice
       (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

4

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM                                         *271 Cadman Plaza East*
F.#2010R01379                               *Brooklyn, New York 11201*

                                         December 2, 2011

<u>By Hand (In Court)</u>

To: Attached Counsel List

              Re:  United States v. Gustave Drivas <u>et al</u>.
                   <u>Criminal Docket No. 10-771 (S-1)(NG)  </u>

Dear Counsel:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
discovery with respect to the above-referenced matter.  Please
also consider this letter to be the government's request for
reciprocal discovery.

1.     <u>Statements of the Defendant</u>

          The government will provide any statements made by the
defendant, including answers to pedigree questions under separate
cover shortly.

2.     <u>Prior Criminal History</u>

          The government will provide a copy of the defendant's
criminal history, if any, under separate cover.

3.     <u>Documents and Tangible Objects</u>

          Copies of any items recovered from the defendant at the
time of his or her arrest, if any, will be provided under
separate cover shortly.

          Enclosed are discovery letters dated December 13, 2010,
January 4, 2011, January 13, 2011, March 8, 2011, March 9, 2011,
June 14, 2011, June 17, 2011, October 13, 2011, which contain all
discovery previously provided to the defendants in this case
(except defendant specific discovery such as criminal history,
post-arrest statements and the like).

2

        The government anticipates providing additional bank
records shortly.

<u>The Defendant's Required Disclosures</u>

        The government hereby requests reciprocal discovery
under Rule 16(b) of the Federal Rules of Criminal Procedure.  The
government requests that the defendant allow inspection and
copying of (1) any books, papers, documents, photographs, tapes,
tangible objects, or copies or portions thereof, which are in the
defendant's possession, custody or control, and which the
defendant intends to introduce as evidence or otherwise rely on
at trial, and (2) any results of reports or physical or mental
examinations and of scientific tests or experiments made in
connection with this case, or copies thereof, which are in the
defendant's possession, custody, or control, and which the
defendant intends to introduce as evidence or otherwise rely on
at trial or which were prepared by a witness whom the defendant
intends to call at trial.

        The government also requests that the defendant
disclose prior statements of witnesses who will be called by the
defendant to testify.  <u>See</u> Fed. R. Crim. P. 26.2.  To avoid any
unnecessary delay, we request that you have copies of these
statements available for production to the government no later
than the commencement of trial.

        The government also requests that the defendant
disclose a written summary of testimony the defendant intends to
use under Rules 702, 703, and 705 of the Federal Rules of
Evidence.  The summary should describe the opinions of the
witnesses, the bases and reasons for those opinions, and the
witnesses' qualifications.

3

   If you have any questions or further requests, please
do not hesitate to call me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

     By:    /s/
        Stephen J. Meyer
        Assistant United States Attorney
        (718) 254-6386

        Sarah M. Hall
        Trial Attorney, Fraud Section
        U.S. Department of Justice
        (202) 549-5864

Enclosures

cc:  Clerk of Court (NG)(w/o enclosures)

4

COUNSEL LIST FOR 12-2-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Fax: 646-200-5022
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Fax: 212-398-8835
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

5

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*