## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE LOIS BLOOM**          **DATE :   12/6 /11**

DOCKET NUMBER:  **10 CR   771 (NG)**          LOG # :  12:18 — 12:25
2nd call  3:04 — 3:15
3rd call  4:35 — 4:41

DEFENDANT'S NAME :   **MAKSIM SHELIKHOV**
____ Present    ____ Not Present ___ ✓Custody    ____ Bail

DEFENSE COUNSEL :    **ELIZABETH JOHNSON**
_____ Federal Defender   __ CJA    ✓ Retained
Darren Laverne for
A.U.S.A  **STEPHEN MEYER**          DEPUTY CLERK :   **SM YUEN**

INTERPRETER :                              (Language)

_____ Hearing held. _____ Hearing adjourned to_____

____  Defendant was released on_____ PRB with/without some conditions.

____  Defendant was advised of bond conditions by the Court and signed the bond.
Alex + Nina Kovalev
✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
Their property to be posted by (2/15/11)
____  Additional surety (ies) to co-signed bond by_____

____  At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____  Order of Excludable Delay entered.   Code Type____  Start_____ Stop_____

____  Order of Speedy Trial entered.   Code Type_____  Start_____ Stop_____

____  Defendant's first appearance. ____Defendant arraigned on the  indictment.

_____  Attorney Appointment of ____ FEDERAL DEFENDER _____ CJA

_____  Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____  Status conference set for _____ @ _____ before Judge_____

OTHERS :  Deft released on 2.5 million bond.
3rd call → Sureties Alex + Nina Kovalev changed their minds about being sureties and were removed from bond. - Detention order entered.