

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SJM
F.#2010R01379

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2011

<u>Via ECF and Federal Express</u>

To: Attached Counsel List

       Re:  *United States v. Gustave Drivas <u>et al</u>.*
            <u>Criminal Docket No. 10-771 (S-1)(NG)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Government hereby furnishes the following discovery with respect to the above-referenced matter. The Government also reiterates its request for reciprocal discovery.

<u>Documents and Tangible Objects</u>

    Enclosed is a DVD containing bank records that the Government may introduce at trial. The documents on this disc are Bates-labeled 00000001 to 00024777.

    If you have any questions or further requests, please do not hesitate to call us.

               Very truly yours,

               LORETTA E. LYNCH
               United States Attorney

      By:     /s/
               Sarah M. Hall
               Trial Attorney, Fraud Section
               U.S. Department of Justice
               Tel. (202) 549-5864

               Stephen J. Meyer
               Assistant United States Attorney
               Tel. (718) 254-6386

Enclosure
cc:  Clerk of Court (NG)(w/o enclosures)

COUNSEL LIST FOR 12-9-2011 DISCOVERY LETTER

**Eric M. Creizman**
Creizman PLLC
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-972-0200
Email: ecreiz@creizmanllc.com
*For Defendant Yelena Galper*

**Norman Trabulus**
Law Office of Norman Trabulus
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7811
Email: ntrabulus@gmail.com
*For Defendant Vladimir Kornev*

**Scott E. Leemon**
Law Offices of Scott E. Leemon, PC
Two Grand Central Tower
140 East 45th street, 18th Floor
New York, NY  10017
212/696-9111 - Phone
scott@leemonlaw.com – Email
*For Defendant Anatoly Kraiter*

**Daniel S. Parker**
Parker & Carmody, LLP
331 Madison Avenue, 15th floor
New York, NY 10017
Tel: (212) 239-9777
*For Defendant Larisa Shelobodova*

**Elizabeth M. Johnson**
Goldman and Johnson
Attorneys at Law
500 Fifth Avenue
New York, NY 10110
212-997-7499
Email: emj@goldmanjohnson.com
*For Defendant Maksim Shelikov*

**James R. Froccaro**
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
(516) 944-5062
Email: jrfesq61@aol.com
*For Defendant Alexander Zaretser*

**Louis E. Diamond**
88 New Dorp Plaza, Suite 304
Staten Island, NY 10306
718-448-4500
Email: targeelaw@aol.com
*For Defendant Gustave Drivas*

**Igor Niman**
Law Offices of Igor Niman
1909 East 17th Street
Brooklyn, NY 11229
(718)382-1682
Email: igor_niman@yahoo.com
*For Defendant Yuri Khandrius*

**Richard H. Rosenberg**
217 Broadway, Suite 707
New York, NY 10007
212-586-3838
Email: richrosenberg@msn.com
*For Defendant Katherina Kostiochenko*

**Tony Mirvis**
Mirvis & Associates P.C.
2753 Coney Island Avenue, Suite 215
Brooklyn, NY 11235
718-934-4141
Email: tonym3000@aol.com
*For Defendant Sergey Shelikov*

**Thomas F.X. Dunn**
350 Broadway, Suite 1207
New York, NY 10013
(212) 941-9940
Email: ThomasDunnLaw@aol.com
*For Leonid Zheleznyakov*